UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN WEBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CV2387 FRB |
| ) | |
| TRUGREEN LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Motions of Attorneys Hallie Diethelm and Frank Saibert for Leave to Appear Pro Hac Vice [Doc. Nos. 7, 8] are **GRANTED**.

**IT IS FURTHER ORDERED** that attorneys Hallie Diethelm and Frank Saibert are hereby admitted for the purpose of representing defendant Trugreen Limited Partnership in this cause.

_____
FREDERICK R BUCKLES
UNITED STATES MAGISTRATE JUDGE

Dated this *17th* day of February, 2006.