UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN WEBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV2387SNL |
| ) | |
| TRUGREEN LTD PARTNERSHIP, ) | |
| d/b/a LEISURE LAWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff has filed this Title VII, §1981, and Missouri Human Rights Act (MHRA) employment discrimination action alleging that his termination was retaliatory in nature. This matter is before the Court on the defendant's motion to dismiss (#3), filed February 14, 2006. As of today's date, plaintiff has failed to file a response.

After careful consideration of the plaintiff's complaint and the defendant's motion and memorandum in support, the Court will grant said motion for the grounds stated therein. Plaintiff has failed to state a claim for retaliatory discharge.

Dated this __17th__ day of April, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE